IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    **CRIMINAL NUMBER 10-770-13** |
| | : |
| UVALDO RAMOS | : |
| USM# 58027-112 | : |

### O R D E R

AND NOW this  12th  day of  January , 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 53 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE MICHAEL M. BAYLSON
Senior United States District Court Judge

cc: AUSA
Fed Defender
Def G.
Probation
PTS
Fin Lit
Fiscal
Marshal's